# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| QUANTUM FOODS, LLC, *et al.*,[1] ) | Case No. 14-10318 (KJC) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| _____ ) | |
| ) | |
| THE OFFICIAL COMMITTEE OF UNSECURED ) | |
| CREDITORS OF QUANTUM FOODS, LLC, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Adv. Proc. No. 14-50888 (KJC) |
| v. ) | |
| ) | |
| Lasma Resource Group Inc., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk:
>
> 824 Market Street, 3rd Floor
> Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| | |
|---|---|
| Christopher P. Simon (No. 3697) | Thomas R. Fawkes (IL No. 6277451) |
| Michael J. Joyce (No. 4563) | Brian J. Jackiw (IL No. 6296807) |
| Kevin S. Mann (No. 4576) | Freeborn & Peters LLP |
| Cross & Simon, LLC | 311 South Wacker Drive, Suite 3000 |
| 1105 N. Market Street, Suite 901 | Chicago, Illinois 60606-6677 |
| Wilmington, Delaware 19801 | Telephone: (312) 360-6000 |
| Telephone: (302) 777-4200 | tfawkes@freeborn.com |
| csimon@crosslaw.com | bjackiw@freeborn.com |
| mjoyce@crosslaw.com | |
| kmann@crosslaw.com | |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Quantum Foods, LLC (9437); Quantum Foods 213-D, LLC (1862); Quantum Culinary, LLC (1302); GDC Logistics, LLC (1997); Choice One Foods, LLC (9512). The Debtors' mailing address is c/o Quantum Foods, LLC, 750 South Schmidt Road, Bolingbrook, Illinois 60440.

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
|---|---|
| \Address:<br>  United States Bankruptcy Court<br>   for the District of Delaware<br>  824 N. Market Street, 5th Floor<br>  Wilmington, DE 19801 | Room: Courtroom No.5<br><br>Date and Time:<br>December 9, 2014 at 2:00 p.m. |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy**
**Court for the District**
**of Delaware**

Date: October 30, 2014

/s/ David D. Bird
*Clerk of the Bankruptcy Court*